UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLEY HICKS,<br><br>　　Plaintiff,<br><br>v.<br><br>ADRIZA CAESAR, in her individual capacity, and BRIAN BROWN, in his individual capacity,<br><br>　　Defendants. | Case No. 19-12716<br><br>Honorable Laurie J. Michelson |

**OPINION AND ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

　　Kimberley Hicks filed a complaint in September 2019, alleging that Brian Brown and Adriza Caesar discriminated against her based on race and sex in violation of state law and 42 U.S.C. § 1983. (ECF No. 8, PageID.62–66.)

　　Following discovery, Caesar alone filed for summary judgment. (ECF No. 27.) On October 27, 2021, the Court granted the motion for summary judgment on the § 1983 claim against Caesar, and it declined supplemental jurisdiction on the three state-law claims against both defendants. (ECF No. 33.) Only the § 1983 claim against Brown, which was the same claim that the Court dismissed against Caesar, survived.

　　On November 1, 2021, the Court entered the following text order: "the Court hereby gives notice of its intent to GRANT summary judgment to Defendant Brown under Federal Rule of Civil Procedure 56(f)(1) on the remaining federal claim." It

1

invited Hicks to file a memorandum "setting forth new arguments as to why Brown was not entitled to such relief" by November 16, 2021.

Because Hicks failed to file a memorandum by the November 16 deadline, the Court GRANTS summary judgment to Brown on the § 1983 claim against him for the same reasons given in its previous opinion in this case. *See* (ECF No. 33); *Hicks v. Caesar*, No. 19-12716, 2021 WL 5040294 (E.D. Mich. Oct. 27, 2021). This case is dismissed.

SO ORDERED.

Dated: November 22, 2021

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE
